UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YAN FEI ZHU,

                Plaintif(s).

21 civ 5291 (JGK)

    -against-

**WRIT OF MANDAMUS**
TRACY RENAUD,
**SCHEDULING ORDER**

                Defendant(s).
-----------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

    A petition for writ of mandamus has been filed with the Court.

    It is hereby ordered that the Government shall answer the petition by **September 9, 2021.**

    It is further ordered that the petitioners file a reply by **September 23, 2021.**

    The Court will contact the parties for oral argument.

**SO ORDERED.**

                                                       _____
                                                     **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 9, 2021